Opinion filed February 8, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed February 8, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00291-CV 

                                                    __________

 

                             PENNY
STRICKLAND ET AL, Appellants

 

                                                             V.

 

                                BURT
L. BURNETT ET AL, Appellees

 



 

                                         On
Appeal from the 259th District Court

 

                                                           Jones
 County, Texas

 

                                                    Trial
Court Cause No. 21165

 



 

                                             M
E M O R A N D U M   O P I N I O N

Appellants have filed in this court a motion to
dismiss the appeal.  In their motion,
appellants state that a settlement has been reached.  The motion is granted.

The appeal is dismissed.

 

PER CURIAM

February 8, 2007

Panel
consists of:  Wright, C.J., 

McCall, J., and Strange, J.